**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

MAR 0 4 2011

3 -4-11

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Robert Tenny # N10482

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

DR. PARTH GHOSH

MEDICAL DIRECTOR,

STATEVILLE CORR CENTER

MArK Hole, C.E.O, Wey-

ford Health Services, INC.

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

11 C 1548
Judge Charles R. Norgle, Sr
Magistrate Judge Arlander Keys

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.**   **Plaintiff(s):**

A.   Name: Robert Penny

B.   List all aliases: _____

C.   Prisoner identification number: N10482

D.   Place of present confinement: Stateville Corr. Center

E.   Address: P.O. Box 112, Joliet, IL. 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.   Defendant: PARTH GHOSH

Title: MEDICAL DIRECTOR

Place of Employment: STATEVILLE CORR CENTER

B.   Defendant: MARK Hole

Title: C.E.O

Place of Employment: Wexford Health Sources, Inc.

C.   Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 10 C 3683

B. Approximate date of filing lawsuit: June 30, 2010

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Derich Morgan, Lewis C. Henry, Clayborn Smith, Kelvin Norwood, Lynn Brooks, Johnnie Ross and the Plantiff here Robert Tenny.

D. List all defendants: Rod R. Blagojevich, Deirdre Battaglia, Jimmy Dominguez, Venita Wright, Terry McCann, Roger Walker, Antony Ramos, Mark Hosey, Marcus Hardy, Michael Randle, Michael Harris, Milton Junes, Antony Sorentino, Pedro Maha, Francine McKenzie, & Fredrick Doe.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal District Court, Northern District

F. Name of judge to whom case was assigned: Judge, Charles Norgle

G. Basic claim made: Charging Commisary prices Items beyound the statutory Authorize Mark-up

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was dismissed, And is now pending on Appeal.

I. Approximate date of disposition: June 30, 2010

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

## IV.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Plaintiff was examined at the Prison institutional Health Unit for Prostate Cancer in 2007. The Medical Records reveals as a result of that examination Plaintiffs Prostate was inlarged and P.S.A level was 3.6.

During a check up by Dr. Zang in 2008 she notices my last P.S.A level taken in 2007 and recommened that Plaintiff be examined again. That prescribed treatment interferred with by Dr. Ghosh who examined Plaintiff and determined that Plaintiffs prostate was enlarged and that Plaintiff's PSA level had risen to 4.0 and rising. At this time Dr. Ghosh refused to send Plaintiff to the UIC Medical Hospital to see an Urologist for Byopsy. However, After repeated complaints, Dr. Ghosh on 9-28-08, intentionally provided grossly inadequate treatment when he sent Plaintiff to the prison institution N.R.C. Medical Unit knowing very well that the prison Medical Personnel cannot treat anyone for prostate cancer. The Plaintiff was sent back to his Unit without any explanation from Dr. Ghosh.

On May 22, 2009, finnally and after several complaints, Plaintiff was sent to the UIC. Yet Plaintiff was not treated because Dr. Ghosh intentionally, deliberately and with reckless disregard to Plaintiff's serious medical needs did not provide the UIC officials with the proper reports

4

Of why the Plaintiff was there. Once again, interferred delay intentionally Plaintiff Access to Medical care, And providing grossly inadequate treatment from Dr. Ghosh. Plaintiff was returned back to his Unit without Any explanation from Dr. Ghosh.

On August 3, 2009, Plaintiff was sent back to the UIC; examined by an urologist who told Plaintiff that his prostate was inlarged, but that According to the information the prison had provided the was no information that would informed them of my P.S.A level. Due to Dr. Ghosh's intentional, interferred delay of Access to Medical care Plaintiff was scheduled to return in six months in which case it will be determined if A Byopsy would be performed. However, Plaintiff per Dr. Ghosh intentionally interferred delay of Access to Medical care did not return to the UIC until 9 month later After repeated complaints for About 80 days from the Plaintiff.

The UIC urogist informed Plaintiff that his PSA level had risen out of range to 5.4 And was up And down between 5.4 And 5.6. From that standpoint it was determined that Plaintiff be given A Byopsy to determine if he has Prostate cancer. On 7-29-10 A Byopsy was performed And it was determined that Plaintiff had Prostate cancer.

The Plaintiff is Alleging that from the first date he was informed About his Prostate condition. Plaintiff has been intentionally denied Access to Medical care by Dr. Ghosh As to the scheduling treatment And the results of his PSA levels. In between these sequences of events the Plaintiff's P.S.A levels risen from 3.6 to 5.6, And A Byopsy that shows that Plaintiff has, Continue on Page 7

5

Revised 9/2007

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff is Sueing Defendant w his Individual Capacity

Plaintiff is seeking Compensatory And punitive damages Declaratory And Preliminary Injuctions

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 23 day of February, 20 11

Robert Tenny
(Signature of plaintiff or plaintiffs)

Robert Tenny
(Print name)

N10482
(I.D. Number)

Stateville Corr. Center
P.O. Box 112, Joliet, IL 60434
(Address)

6

Continued from Page 5

Prostate Cancer: In regards to Plaintiff's Medical Concerns, Plaintiff filed Institutional Grievances on 9-11-08, exhibit 2A, 7-9-08, exhibit 3, 4-28-09 exhibit 4, 7-9-09 exhibit 3. Plaintiff wrote letters to Dr. Ghosh on 4-28-09, And 6-24-09 exhibits 5+6 wrote letter to the warden on 7-8-09 exhibit 4. Plaintiff Also wrote letters to Dr. Ghosh's Employers Wexford Health Services, Inc, Mr. Mark Hale on 9-30-08 And 5-23-08 complaining About Dr. Ghosh's Intentionally deliberately And Reckless disregard to My Medical Needs on both occassion Plaintiff recieved no response.

In light of Dr. Ghosh's Indifference to Plaintiff's Medical Needs. Plaintiff filed An emergency Grievance to the prison warden requesting that he be returned to the U.I.C. Medical Hospital for Further Procedures, As Recommended, And that in the meantime Dr. Ghosh Inform plaintiff of the Status of his Appointment And of plaintiff's last P.S.A test level taken At the prison Lab.

On 4-23-10, Dr. Ghosh's responce to the emergency grievance was that the "test came back normal, We do not call them to the Hcu For normal results only Abnormal results. He can request A copy of his Lab work per Med. Records" Exhibit A

The Plaintiff Made that request And It was determined that the last PSA Lab test taken on 2-5-10 And 5-11-10 Shows that the P.S.A levels Were Abnormal At 5.6 And 5.4. Simply Put Dr. Ghosh's responce to the emergency grievance was false And Misleading. exhibits 1A, 1B + 1C

It becomes Very clear that Dr. Ghosh from start to Finish Were Indifferent to My Serious Medical Needs.

Since the First time plaintiff was examined For prostate cancer At the prison On 2-17-08 And it was Recommended At that time Plaintiff Should be treated by An urologist For A Byopsy. That treatment did not take place Until 7-29-10 over two Years later As A result Showing An Increase In the PSA level between 2007 (PSA level being 3.6 And 2010 (PSA level being 5.6. And Prostate Cancer.

It May Also be Noted that Since Plaintiff has learned the true results of his PSA levels test taken on 2-5-10 And 5-11-10 And has learned that he has Prostate Cancer. Plaintiff has filed Another Institutional grievance dated 11-26-10 Pleading with Dr. Ghosh to explain, Among other things, but most important, why would he deliberately misrepresent In my grievance filed 3-29-10 that my PSA levels were Normal knowing very well they were Not. Dr. Ghosh has yet to respond to the grievance filed. Exhibit 7

WHEREFORE, Dr. Ghosh has Repentedly Acted with deliberate indifference by knowingly exposing Plaintiff to Increased levels of PSA And A Cancerous Prostate that pose An Unreasonable risk of Serious damage to Plaintiff's future health.

## Count 11

~~Approximately from~~

## Conspiracy

## Violation of 42 U.S.C. § 1983 & 1985 (3)

Approximately from September 9, 2008 And May 22, 2009. Plaintiff Attempted to communicate with Mr. Mark Hole, by mail. Mr. Hole is CEO of Wexford Health Services, And is Dr. Ghosh's employer. On both occasions Plaintiff complained to Mr. Hole About Dr. Ghosh's reckless disregard And deliberate indifference to Plaintiff Medical needs. Plaintiff pleaded with Mr. Hole to Intercede on his behalf. At no time did Mr. Hole responded In writing or In Person. In fact Dr. Ghosh's Indifference has Continued up to this moment. Exhibit E And F

(8)

The plaintiff Avers that Mr Hole And Dr. Ghosh Acted in concert with each other At All times Relevant hereto And Combined And Agreed with each other to violate Plaintiff Constitutional And Civil rights. These rights include but Are not limited to the right to be free from deliberate indifference to Medical needs by those Acting under color of law And the right to be free from Cruel And unusual Punishment. In furtherance of these Combined objectives the following Acts were committed by the defendants As specifically Alleged below:

A). Intentionally And with reckless disregard failed to Supervise Dr. Ghosh in the handling of the plaintiff.

b). Intentionally And with reckless disregard failed to Stop Dr. Ghosh from Repeated disregard to Plaintiff's Medical Needs.

As A result of defendant's conduct, the Plaintiff has Suffered greatly; Mentally And physically in deprivation of his Constitutional rights

WHEREFORE, Plaintiff Prays this Court Will Award him Compensatory And Punitive damages, Cost And Reasonable Attorney Fees.

Exhibit A1

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 3-29-10 | Offender: (Please Print) Robert Tenny | ID#: N10482 |
|---|---|---|

| Present Facility: Stateville Corr. Center | Facility where grievance issue occurred: Stateville Corr. Center |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☐ Staff Conduct  ☐ Dietary  ☒ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify): ___
☐ Disciplinary Report: _____  ___
　　　　　　　　　　　Date of Report　　Facility where issued

Received
Grievance Office
APR 23 2010
0026
STA #

Note:　Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
　　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　　Chief Administrative Officer, only if EMERGENCY grievance.
　　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
　　administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
　　Administrative Officer.

**Brief Summary of Grievance:** On August 3 2009, I was sent to the University of Illinois-Chicago (U.I.C.) to see an Urologist for prostate examination. It was determined that I had swollen prostate glands, and that my P.S.A was at 4. Something. I was told by the urologist that I could be brought back in 6 months, in which case, we would determine the next procedure to be taken, including the possibility of having a biopsy performed to determine if the swollen glands are cancerous.

6 mos. On February 5 or 9, 2010, I was called to the laboratory here at Stateville's Health Unit. I was given a P.S.A test, including urine. Since that time I have written to Dr. Ghosh inquiring about the status of my situation, but have recieved no responce. I have been writing patiently, and hopefully

**Relief Requested:** Return to the U.I.C for further procedures, and in the meantime Dr. Ghosh inform me of the status of my last P.S.A test and my U.I.C schedule.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Robert Tenny | N10482 | 3, 29, 10 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 4, 23, 10　☐ Send directly to Grievance Officer　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Note: to ensure follow-up was completed. Tests came back normal, we do not call them to the HCU for normal results, only abnormal results. He can request a copy of his lab work - per Med. Records

| David Mansfield CCII | David Mansfield CCII | 4 23 10 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: 4/2/10　Is this determined to be of an emergency nature?　☒ Yes; expedite emergency grievance
　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

| Marcus Hardy | 4, 12, 10 |
|---|---|
| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS

## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

Date Received: April 23, 2010     Date of Review: April 23, 2010     Grievance # (optional): 0226

Committed Person: Robert Tenny        ID#: N10482

Nature of Grievance: Medical

Filed Timely    EMERGENCY_ENSURE FOLLOW UP

**Facts Reviewed:** Grievant alleges he had a PSA exam, never learned the status of the testing.

Counselor response: Tests came back normal, we do not call them to the HCU for normal results, only abnormal results. He can request a copy of his lab work. - Per Medical Records.

Grievance Officer finds the Counselor correctly addressed the issue. No further action necessary.

**Recommendation:** Grievance issue appears resolved.

Margaret Thompson

     Print Grievance Officer's Name             Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: 5-11-17     ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

     Chief Administrative Officer's Signature                  5-11-10   Date

| Committed Person's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

     Committed Person's Signature             N10482    5-11-10
                                    ID#      Date



**Illinois**
Department of
**Corrections**

**PAT QUINN**
Governor

**MICHAEL P. RANDLE**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

September 14, 2010

Robert Tenney
Register No. N10482
Stateville Correctional Center

Dear Mr. Tenney:

This is in response to your grievance received on May 26, 2010, regarding medical (Wants results, follow-up on tests, biopsy 0226), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

In your grievance appeal you state the Grievance Officer did not address your questions regarding a biopsy you want done to check your prostate for cancer. You also wanted to know why test results had not been shared with you.

The Grievance Officer's Report and subsequent recommendation dated April 23, 2010 and approval by the Chief Administrative Officer on May 11, 2010 have been reviewed.

It is noted the PSA test your refer to was normal and no follow-up required per health care staff.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Brian Fairchild
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Michael P. Randle
Director

9/17/10

cc:   Warden Marcus Hardy, Stateville Correctional Center
      Robert Tenney, Register No. N10482

**Stateville-Routine**
16300 S. Route 53
Cresthill, IL 60435

**University of Illinois Medical Center**
**Reference Laboratory**
840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Frederick Behm, MD Director

| PATIENT NAME | | PATIENT ID | | DOB | | SEX | STATUS | | DESTINATION |
|---|---|---|---|---|---|---|---|---|---|
| TENNEY, ROBERT N10482 | | A209-10482 | | 06/11/1952 | | M | Final | | |

| PHYSICIAN | | COLLECT DATE & TIME | | DATE OF SERVICE | | PRINTED ON | | PAGE |
|---|---|---|---|---|---|---|---|---|
| GHOSH, PARTHASARATHI | | 02/05/2010 09:35 | | 02/05/2010 21:21 | | 04/09/2010 14:11 | | 1 |

| REQUISITION NO. | PT.LAB NO. | LAB REF NO. | |
|---|---|---|---|
| A209.1175 | | | |

FASTING: U

COMMENTS:   F24322:PSA , UA

| | Result | | | |
|---|---|---|---|---|
| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
| PROSTATE SPECIFIC AG | | 5.6          H | NG/ML | 0.0-3.9 |
| URINALYSIS | | | | |
| URINE COLOR | YELLOW | | | |
| URINE CLARITY | CLEAR | | | |
| URINE SP GRAV | 1.018 | | | 1.003-1.035 |
| URINE PH | 5.5 | | | 5.0-8.0 |
| URINE PROTEIN | NEGATIVE | | MG/DL | NEG |
| URINE GLUCOSE | NEGATIVE | | MG/DL | NEG |
| URINE KETONES | NEGATIVE | | MG/DL | NEG |
| URINE BILIRUB | NEGATIVE | | | NEG |
| NITRITE | NEGATIVE | | | NEG |
| UROBILINOGEN | 1 | | EU/DL | 0.1-1 |
| URINE BLOOD | NEGATIVE | | | NEG |
| LEUK ESTERASE | NEGATIVE | | | NEG |

End of Report

| TENNEY, ROBERT N10482 | 04/09/2010 14:11 | |
|---|---|---|

Stateville-Routine
-16300 S. Route 53
Cresthill, IL 60435



**University of Illinois**
Medical Center
Reference Laboratory

840 South Wood Street
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph # (877)FOR-LABS
Lanne Maes, M.D., Director

FASTING: U

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| TENNEY, ROBERT N10482 | A209-10482 | 06/11/1952 | M | Final | D209 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE | |
|---|---|---|---|---|---|
| GHOSH, PARTHASARATHI | 05/11/2010 10:40 | 05/11/2010 23:37 | 05/12/2010 6:02 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A209.1813 | | |

COMMENTS:

| | Result | | | |
|---|---|---|---|---|
| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |
| PROSTATE SPECIFIC AG | | 5.4 H | NG/ML | 0.0-3.9 |

End of Report

EXibit 7

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 11-26-10 | Offender: (Please Print) Robert Tenny | ID#: N10482 |
|---|---|---|

| Present Facility: Stateville corr. center | Facility where grievance issue occurred: Stateville Corr. Center |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____

- ☐ Disciplinary Report: ____/____/____
  Date of Report         Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: My first visit to the University of Illinois-Chicago (UIC) was May 22, 2009. I was returned to Stateville because according to the Medical records sent if was sure of what procedures to take.

On Feb. 5 2010, I was examined by Dr. Park Ghosh for my prostate gland and PSA level. According to my Medical records my PSA level was 5.6 which is considered out of range. Dr. Ghosh recommended that I be sent to the UIC for further examination.

On Aug. 3, 2009, I was sent to the UIC and was examined by the Urologist. That I would return in 6 months at which time it will be determined the next procedure including a possible biopsy.

On May 29, 2010, I filed a grievance against Dr. Ghosh over one year later →

Relief Requested: Seeking Compensatory and Punitive Damages for present harm and any harm in the future, as well as Dr. Ghoshes have his licence suspending for Medical Malpractice.

- ☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Robert Tenny                    N10482        11, 29, 10
Offender's Signature              ID#              Date
(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: ____/____/____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

_____

_____

_____

_____   _____   ____/____/____
Print Counselor's Name      Counselor's Signature      Date of Response

---

### EMERGENCY REVIEW

Date Received: ____/____/____   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   ____/____/____
Chief Administrative Officer's Signature      Date

Distribution: Master File; Offender                    Page 1                    DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

that I had not returned to the UIC As recommended. I was Seeking A Response from Dr Ghosh, As to An Update on my Status. His reply was that test Came back Normal, do not Call them to HCM for Normal Results only Abnormal results.

On Aug. 13, 2010, I requested A requested A relief of my medical records taken on or Around Feb 5 or 8 And the report Dated Feb 5, 2010 my PSA Level was 5.6.H out of range.

So, If this is the Case then Dr. Ghosh misrepresented the fact that my medical condition was not Normal but Abnormal, 5.6.H.

So, Since the first time I was examine for Prostate on Feb. 17, 2008, And it was determined at that time I should recieved treatment from An Urolog. st. That treatment did not take place until July 29, 2010, over two years later I had a biopsy performed. eight-8- pieces of skin was extract from my Prostate gland, I was told that it would taken them up to two weeks for A results.

I was not returned to the UIC until Nov. 17, 2010 for my Biopsy results And was told by Dr. Deane And his Staff that out of the 8 samples extracted from me, one Signaled A Miliguant of Cancer And At this point it will be monitored every 60 days before determining if therapy is needed.

My Complaint Against Dr. Ghosh is that his obvious And total disregard Deliberates to my medical Condition that I have demonstrated in this Grievance has Caused A life threatning upon myself Now, or in the future.

Besides filing Grievances Against Dr Ghosh I wrote personal letters to him pleading that he Act As swiftly As possible to my Condition. At no time did he ever respond.

I Also wrote letters And File & grievances with the Administrative Officers here at the institutions.

Exhibit
4

Robert Tenny #N10482
Stateville Corr. Center
D-House #735
7-8-09

TO. WARDEN, SHAW
Stateville Corr. Center

Dear WARDEN SHAW, I am Contacting you out of A
Matter of Great Concern to Me.

That on May 22, 2009, I was Sent to the University of
Illinois, UIC For An Ultra Sound regard Swelling of
My Prostate glands. I was told by the physician that
he would have to Make A Call back to Stateville And Speak
With Dr. Ghosh because he couldn't determine from the
Paper work on what procedure to follow. After Speaking
With Dr. Ghosh they rescheduled me to see An
Urologist. Sence that time I have Not returned
to the UIC, nor do I have Any idea if And
When will I return. I have written Dr. Ghosh on
June 24, 2009 Asking him is he Aware of My
position. To this date he has Not responded. I
don't have to tell you how Serious this is And Why
I am greatly Concern. Could you please do some-
thing for me. Thank You

SINCerely
Robert Tenny
Robert Tenny #N10482

Exhibit 4

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 4-28-09 | Offender: (Please Print) Robert Tenny | ID#: N10482 |
|---|---|---|

| Present Facility: Stateville Corr. Center | Facility where grievance issue occurred: Stateville Corr Center |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): _____
- ☐ Disciplinary Report: _____ _____
  Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Dear Warden Shaw, I am filing this grievance with you out of a need of urgency. I have been scheduled twice to attend the University of Illinois (U.I.C) for an ultra-sound for prostate exam do to swollen. Once by Dr Zane on February 12, 2008, And again by Dr Ghosh on February 16, 2009. To this date I have not heard or been told by Security that I am scheduled to go. My urgency is that lately I have experiencing bleeding in my bowel movement.

**Relief Requested:** To order the Health Unit staff or Security to get me to the U.I.C. As soon as possible. My fear is that my problem is a serious one.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Robert Tenny | N10482 | 4,28,09 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___ |
|---|---|---|

---

### EMERGENCY REVIEW

| Date Received: 5,7,09 | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature          5,7,09
                                                    Date

Adv: Deny Follow up w/Henry Cox

Exhibit 5

ROBERT TENNY #N10482
STATEVILLE CORR CENTER
D-HOUSE CELL# 747
DATE: 4-28-09

To: Dr Parth Ghosh
    Medical Director
    Stateville corr. center.

Dear Dr. Ghosh, I am writing to you out of a matter of great concern.

My last appointment with you was February 16, 2009. On that date you scheduled me to be sent to the University of Illinois, Chicago (U.I.C) for an ultra sound for swollen prostate. To this date I have not heard, or been told that I am scheduled to go. Recently, I have been Bleeding during Bowel movement which concerns me a great deal. Could you please respond to me as soon as possible. Thank you.

Sincerely

Robert Tenny

Robert Tenny #N10482

SENT TO
U.I.C. For 5-22-09
Treatment Rescheduled
date unknown/TENNY

YOUR APPT IS PENDING PER
U.I.C. 5/1/09

D747

I/M Tenney, Robert N10482

To Dr. Parth Ghosh
Medical Director
Health Unit

Exhibit 6

ROBERT TENNY #N0482
STATEVILLE CORR. CENTER
D-HOUSE, CELL #747
6-24-09

TO. MR. PARTH GHOSH
MEDICAL DIRECTOR
STATEVILLE CORR. CENTER.

Dear Mr. Ghosh.

ON MAY 22, 2009, I WAS taken to the UNIVERSITY OF ILLinois, Chicago [U.I.C] For treatment from Prostate Complications. THE procedure WAS to be For ultrasound. However, the medical personel there WAS UNSURE of what procedure to follow. They called back here to the Institution to talk with you. After talking with you, I WAS Informed that I would be rescheduled for an Appointment to SEE the Urologist.

I WAS wondering if you were Aware of this, If NOT Would you look into it, And SEE that I AM ON CALL to return back to the U.I.C. I AM very CONCERNED About my CONDITION. There has been Years of delay, Thank you.

SINcerely

Robert

Robert TENNY N0482

EXHIBIT
2A

D-747

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 9-11-08 | Offender: (Please Print) Robert TENNY | ID#: N0482 |
|---|---|---|

| Present Facility: Stateville Corr. Center | Facility where grievance issue occurred: Stateville Corr. Center |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: ____ / ____ / ____
  Date of Report          Facility where issued         1436

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer**, only if the issue involves discipline at the present facility, or issue not resolved by Counselor.
  **Chief Administrative Officer**, only if EMERGENCY grievance.
  **Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON Aug. 14, 2008. I WAS EXAMINED by A Physician
at the health Unit do to a lump beneath my skin in my
Abdomen. I was told that it was a mild hernia which would
not require Surgery.
  ON Aug. 17, 2008. I wrote Dr. Ghosh, medical Director at
Stateville's health Unit. Asking would he schedule me for an
X-ray, or Ultrasound which would determine the extent of my
ailment including an Accurate diagnoses of what may truely
be my problem. It has also been determined that a lump under
your body skin can be Cancerous.

Relief Requested: That I be scheduled and given X-rays And or
an Ultrasound for the Above-Mentioned cause.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Robert Tenny          N0482          9,12,08
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 9, 16, 08

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Offender was seen on 8/18/8. Offender will
be scheduled for sick call (follow-up with Dr.
_____ Phong)

L. Dennis          _____          9,16,08
Print Counselor's Name          Counselor's Signature          Date of Response

**EMERGENCY REVIEW**

Date Received: ____ / ____ / ____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____          ____ / ____ / ____
Chief Administrative Officer's Signature          Date

Exhibit
2A

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** September 17, 2008      **Date of Review:** September 17, 2008      **Grievance #** (optional): 1436

**ID#:** N10482

**Committed Person:** Robert Tenny

**Nature of Grievance:** Medical tx

**Facts Reviewed:** Grievant alleges having a mild hernia and it did not require surgery. He states requesting x-rays and ultrsounds to rule out cancer

**Counselor Response:** Offender was seen on 8-14-08. Offender will be scheduled for a sick call follow up with Dr. Young

This Grievance Officer reviewed grievance and finds issue appears to be resolved

**Recommendation:** No further actions

Tammy Garcia
     Print Grievance Officer's Name             Grievance Officer's Signature
     (Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 9-24-8    [X] I concur    [ ] I do not concur    [ ] Remand

**Comments:**

T Mc Cann sa       9-24-8
     Chief Administration Officer's Signature            Date

| Committed Person's Appeal To The Director |
|---|

I am asking along the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Robert Tenny      N10482    9/24/08
     Committed Person's Signature        ID8       Date

Distribution: Master File; Committed Person          Page 1          DOC 0047 (Eff. 10/2001)
            (Replaces DC 5657)
            Printed on Recycled Paper

Exhibit 28

*RECEIVED ADSLT PRIVILEGES (handwritten) ON March 27, 2009*



## Illinois
## Department of
## Corrections

**PAT QUINN**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

March 18, 2009

Robert Tenney
Register No. N10482
Stateville Correctional Center

Dear Mr. Tenney:

This is in response to your grievance received on October 16, 2008, regarding Medical (was diagnosed with a small hernia and wants an ultrasound or x-ray to see the extent of issue), which was alleged to have occurred at Stateville Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance Officer's report, 1436 and subsequent recommendation dated September 17, 2008 and approval by the Chief Administrative Officer on September 24, 2008 have been reviewed.

Records indicate you were seen by Dr. Zang on September 18, 2008 for right groin hernia which was small and reducible. You were seen again on January 13, 2008. Per medical records a request was made for an Ultrasound of Prostate at UIC on February 17, 2008.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: *Sarah Johnson* (signature)

Sarah Johnson
Administrative Review Board
Office of Inmate Issues

CONCURRED: *Roger R Walker* (signature)

Roger E. Walker Jr.
Director

3/23/09

cc:    Acting Warden Frank Shaw, Stateville Correctional Center
       Robert Tenney, Register No. N10482

Exhibit
2c

# STATEVILLE CORRECTIONAL CENTER
## Notification of Appointment to HCU

Name __ **TENNEY, R** _____ Number __ **N10482** ___ Date: __ **9/22/08** ___

Cell __ **D 0747** ___ Time to Report __ **10:00 AM** ___ Assignment _____

| | | | | |
|---|---|---|---|---|
| __LAB | **X** X-RAY | __DIETITIAN | __SEIZURE CLINIC | __OTHER |
| __E.R. | __OPHTH | __INF.ADMIT | __DIABETIC CLINIC | |
| __P.T. | __ORTHO | __MD In E.R. | __HYPERTENSIVE CLINIC | X-RAY CATE ? |
| __OPT | __DENTAL | __ASTHMA CLINIC | __INFEC. CONTROL | |
| __POD | __PHYSICALS | __SURGERY CLINIC | __MENTAL HEALTH ----- | |

Special Instructions:

____ NPO – (Nothing by Month After 12:00 Midnight)

_____ I accept this pass _____
                                                  Inmate Signature

_____ I Refuse this Assignment _____
                                                  Inmate Signature

If you are on a psychotropic medication, this will be discontinued or tap.red off if you do no ... to your next scheduled appointment.

____ Reason for refusal _____

_____ Witness _____
                                    CMT Signature

**If you fail to keep this appointment (NO SHOW) you will have to reschedule your own appointment through the CMT.

_____ NO SHOW

Attempts to deliver this pass made at the following times:

PMs _____ Reason not delivered _____
Midnights _____ Reason not delivered _____

____ R.N. Notified of inability to deliver pass
Signature of CMT _____ P.M. _____ M.N. _____ A.M.
Signature of R.N. _____ P.M. _____ M.N. _____ A.M.

Time inmate departed Assignment _____ Officer _____
Time inmate arrived at HCU _____ Officer _____
Time inmate departed HCU _____ Officer _____
Time inmate arrived Assignment _____ Officer _____

IL426
DCA2234 (Rev 4/93)

Exhibit

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 7-9-09 | Offender: (Please Print) Robert TENNY | IDE: N10484 |
|---|---|---|

| Present Facility: Stateville Corr CENTER | Facility where grievance issue occurred: Stateville Corr CENTER |
|---|---|

### NATURE OF GRIEVANCE:

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☐ Disability
☐ Staff Conduct  ☐ Dietary  ☒ Medical Treatment  ☐ HIPAA
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator  ☐ Other (specify):

☐ Disciplinary Report: _____ / _____
                        Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance: ON MAY 22, 2009. I WAS SENT to the UNIVERSITY
of Illinois; chicago to HAVE Ultra sound to determine
Swelling of Prostate gland. The physician first told me
that he would have to call back to stateville prison and talk to
Dr. Ghosh because from the paper-work he wasn't sure of
what procedure to follow. After speaking with Dr. Ghosh
the Physician told me that he had spoken with Dr Ghosh
and it is determined that I was to believed an urologist
and that they would HAVE to Reschedule me. To this day I have
heard anything. I have write to Dr Ghosh for some confirmation and to

Relief Requested: To talk with Dr. Ghosh and let me know if
I will be returning to NRC to see urologist. Thank you.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____  N10484  7-9-09
Offender's Signature          IDE      Date

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

Date Received: 7, 18, 09    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Forwarded to HCU for response.
Copy sent to offender and grievance office.
Inmate has been referred back to UIC- Urology

D. Fair                      D. Fair ACCI          7,18,09
Print Counselor's Name       Counselor's Signature  Date of Response

### EMERGENCY REVIEW

Date Received: _____ / _____ / _____    Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____                                    _____ / _____ / _____
Chief Administrative Officer's Signature                                Date

ILLINOIS DEPARTMENT OF CORRECTIONS

## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

D735

### Grievance Officer's Report

Date Received: July 20, 2009

Robert Tenny

Date of Review: September 21, 2009          Grievance # 1831

Nature of Grievance: Medical TX

*** FILED TIMELY ***                                                    N10482

**Facts Reviewed:** Grievant states he has not had a follow up visit to the Urologist at UIC as it was recommended on his last visit.

Grievance written: 7/8/09

Sent to HCU:   7/18/09

Counselor response; Inmate has been referred back to UIC Urology 8/3/09.

This Grievance Officer has no medical expertise or authority to contradict the doctor's recommendation/diagnosis. OTS shows a medical furlough took place on 8/3/09.  It appears that medical needs have been met.

**Recommendation:** No further recommendations necessary.

Shaun Bass CCII
Print Grievance Officer's Name
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

Grievance Officer's Signature

### Chief Administrative Officer's Response

Date Received:

Comments:

☑ I concur          ☐ I do not concur          ☐ Remand

Chief Administrative Officer's Signature

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature                                ID#                    Date

Distribution:   Master File; Committed Person

Printed on Recycled Paper

Exibit
E

ROBERT TENNY #N10482
Stateville corr. center
P.O. Box 112
Joliet, IL. 60434
DAte: 9-30, 2008

TO: Mr. MARK Hole
C.e.o. Wexford Health Sources, Inc.
Foster Plaza two, 425 Holiday Dr.
Pittsburg, PA 15220

Dear Mr. Hole

I Am writing to you do to A complaint Against one of your employers NAMely Dr. Parth Ghosh Who is Assigned As the Medical Director here At the Stateville corr. center of which I am confined.

ON 1-13-08, I WAS eXAmined by Dr. Ghosh for prostate cancer. Dr. Ghosh determined that I had inlarged prostate And my PSA level was 4. And rising. Dr. Ghosh determined that I been seen to the UIC for Prostate treatment. That treatment According to Medical Records was to take place on 2-17-08. After Several complaints to prison officers And Dr. Ghosh. I was sent to the NRC Health Unit here At the prison by Dr. Ghosh knowing veryweel the prison Health facilities cannot treat anyone for prostate cancer. This occured on 9-22-08.

I was sent back to my unit without Any explanation from Dr. Ghosh, on When And if ever I will be sent to the UIC for my Serious Medical condition.

Since this last illresponsible incident on the part of Dr. Ghosh I have written to him And As of his writing I have not gotten Any responce by Dr. Ghosh.

I would Ask you Mr. Hole to please contact Mr. Ghosh And interseed on my behalf that I get the proper Medical treatment I need for my condition. THANK you.

Robert Tenny
ROBERT TENNY #N10482

Exhibit
F

Robert Tenny #N10482
Stateville Corr. Center
P.O. Box 112
Joliet, IL. 60434
Date: 5-22-09

TO: Mark Hole
Ceo, Wexford Health Sources, Inc.
Foster Plaza two, 425 Holiday Dr.
Pittsburgh, PA, 15220

Dear Mr. Hole

I Am Writing to for A Second time With A complaint Against one of your employers namely Dr. Parth Ghosh. The same person named in My last complaint to you on 9-30-08. Dr. Ghosh is Assigned As the Medical Director here At the Stateville corr. Center, Where I Am Confined.

My complaint is basically the same As before. Dr. Ghosh seems to be Un-willing to get his Act together. He Continues to Act intentionally deliberately And With reckless disregard to My serious Medical Needs.

Over A Year of My Official complaint concerning My prostate And need for treatment I was sent to the UIc And was told that they Could not treat me because Dr. Ghosh did not supply them With the proper paper work. In otherwords UIc did not know what procedure to proceed With. I was sent back to the prison And to My unit Without Any explanation from Dr. Ghosh. I Am Asking, As I have done before Would you Please reprimand Dr. Ghosh And see to it that he proceed Professionally And with deliberate speed in getting me the proper Medical treatment for prostate Cancer I Am Very concern At this moment. Thank You. Please Respond.

Robert Tenny
Robert Tenny #N10482

IN THE
Federal District Court
Seventh Circuit

Robert Tenny N10482, pro.se )
Plaintiff, )
)                    Case No. _____ )
v. )
)
Parth Ghosh & Mark Hole )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: Prisoner Correspondent        TO: _____
U.S. District Court              _____
219 S. Dearborn Street           _____
Chicago, IL, 60604               _____

PLEASE TAKE NOTICE that on **February 27**, 20**11**, I have placed the
documents listed below in the institutional mail at **Stateville** Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service:

Civil Complaint Under 42 U.S.C § 1983 And Attached
documents in support thereof

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: **2-23-11**

/s/ *Robert Tenny*
NAME: Robert Tenny
IDOC#: N10482
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

Revised Jan 2002